

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00568-CV

Marisol **QUIROZ** and Christopher Robles,
Appellants

v.

Stephanie Reyner **FLORES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVT-001327-D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellants' motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against Appellants Marisol Quiroz and Christopher Robles.

SIGNED November 25, 2015.

_Karen Angelini_
Karen Angelini, Justice